# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

ARTHUR TERRY WALTERS,

          Plaintiff,

vs.

THE VENETIAN RESORT HOTEL AND CASINO, *et al.*,

          Defendants.

Case No. 2:15–cv–431–APG–VCF

**ORDER**

MOTION (#45)

On June 29, 2015, the presiding District Judge dismissed Mr. Walters' action and ordered the clerk of court to close the case. (Doc. #27). Mr. Walters' subsequently appealed. (Doc. 33). He now moves for relief before this court, seeking, *inter alia*, "HEARING DATES; [.] SET [:] BY [:] THE COURT." (Doc. #45 at 1). The motion is denied.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Mr. Walters' Motion (#45) is DENIED.

IT IS SO ORDERED.

DATED this 5th day of October, 2015.

                                                  _____

                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE