**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ARTHUR TERRY WALTERS,

                Plaintiff,

    v.

THE VENETIAN RESORT HOTEL AND
CASINO, et al.,

                Defendants.

Case No. 2:15–cv–00431–APG–VCF

**ORDER**

(Dkt. ## 55, 56, 60, 62, and 63)

On June 29, 2015, the court accepted the magistrate judge's recommendation that this case be dismissed. (Dkt. #27.)  Accordingly, the complaint was dismissed and the case was closed. Subsequently, plaintiff filed several appeals, each of which was denied.  Despite the fact that this case has been closed, plaintiff continues to file rogue motions and documents.

IT IS HEREBY ORDERED that the plaintiff's pending motions (Dkt. ## 55, 56, 60, 62, and 63) are hereby DENIED.  The clerk is directed to again close this file and accept no further filings in this matter.

Dated:  January 25, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE